# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **DYLAN STANLEY, LEE DOUGHERTY, and RYAN DOUGHERTY,** <br><br> Defendants. | Criminal Action No. 7:11-cr-57 (HL) |

## ORDER

On July 9, 2012, the Court held a telephone conference call with counsel for the Government and counsel for Defendants to discuss scheduling in this case. After the conference, the Court deems this case to be complex litigation because of potential <u>Bruton</u> issues, multi-state discovery, and high-profile nature of the case, among other considerations. To allow all parties adequate time to prepare, this case shall be continued until further notice as to all three Defendants. The Court anticipates setting a special trial term for this case at some point in early fall 2012. In the meantime, the deadline for all defense motions is Monday, August 13, 2012. No extensions will be granted absent extenuating circumstances.

**SO ORDERED**, this 10th day of July, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr